UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

James E. Cecchi [JC7697]
Melissa E. Flax [MF4060]
CARELLA, BYRNE, BAIN, GILFILLAN,
 CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Christine J. Siwik
William A. Rakoczy
Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
(312) 527-2157

Attorneys for Defendant

| | |
|---|---|
| CONNETICS CORPORATION and CONNETICS AUSTRALIA PTY. LTD.<br><br>Plaintiffs,<br><br>v.<br><br>AGIS INDUSTRIES (1983) LTD.,<br><br>Defendant. | CIVIL ACTION NO. 05-5038 (HAA)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Defendant, Agis Industries (1983) Ltd., by its attorneys in accordance with Federal Rule of Civil Procedure 7.1(a), states as follows:

Agis Industries (1983) Ltd. (n/k/a Perrigo Israel Pharmaceuticals Ltd.) is wholly owned by Perrigo Company, a publicly held corporation.

CARELLA, BYRNE, BAIN, GILFILLAN
CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, New Jersey 07068-1739

Dated: December 1, 2005         By:     /s/ James E. Cecchi
                                        JAMES E. CECCHI [JC7697]

                                -and-

Christine J. Siwik
William A. Rakoczy
Alice L. Riechers
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street
Suite 500
Chicago, IL 60610
(312) 222.6304 (telephone)
(312) 222.6324 (facsimile)

*Attorneys for Defendant Agis Industries (1983) Ltd.*

## CERTIFICATE OF SERVICE

I certify that the foregoing Agis Industries (1983) Ltd. Corporate Disclosure Statement Pursuant to Fed.R.Civ.P. 7.1 was served this 1st day of December 2005, upon the following counsel as indicated below.

**BY FACSIMILE & ORDINARY MAIL:**

Liza M. Walsh
CONNELL FOLY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
(973) 535-9217 (fax)

James Geriak
ORRICK, HERRINGTON &
 SUTCLIFFE, LLP
4 Park Plaza
Irvine, California 92614-2558
Suite 1600
(949) 567-6700
(949) 567-6710 (fax)

Adrian Pruetz
Andrew Berdon
Robert Wilson
QUINN EMANUEL URQUHART
 OLIVER & HEDGES, LLP
335 Madison Avenue, 17th Floor
New York, New York 10017
(212) 702-8100
(212) 702-8200 (fax)

/s/ James E. Cecchi
JAMES E. CECCHI [JC7697]